**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| J. G. WAHLERT on behalf of himself and all others similarly situated, ) ) ) | |
| v. ) | No. 17 cv 8055 |
| ) | |
| KOVITZ SHIFRIN NESBIT, an Illinois professional corporation; and KALMAN MANAGEMENT, INC., an Illinois corporation. ) ) ) ) ) | Judge Robert W. Gettleman<br><br>Magistrate Judge Jeffrey T. Gilbert |

**JOINT MOTION OF ATTORNEYS LANCE A. RAPHAEL, CRAIG R. FRISCH, CHRISTOPHER D. KRUGER AND WERNER G. GRUBER TO WITHDRAW APPEARANCES AS ATTORNEYS OF RECORD FOR PLAINTIFF J.G. WAHLERT**

NOW COME attorneys Lance A. Raphael and Craig R. Frisch of the Consumer Advocacy Center, P.C., and Christopher D. Kruger and Werner G. Gruber of Kruger & Gruber, LLP, and jointly move this Honorable Court pursuant to Local Rule 83.17 for leave to withdraw their appearances as counsel of record for Plaintiff J.G. Wahlert in the above-captioned matter. In support of their motion, attorneys Raphael, Frisch, Kruger and Gruber state as follows:

1. Plaintiff J.G. Wahlert hired the Consumer Advocacy Center, P.C. and Kruger and Gruber, LLP to represent him in this matter.

2. Irreconcilable strategy and case management differences have arisen between Plaintiff and counsel, such that the above-named attorneys can no longer represent Plaintiff going forward.

3. The irreconcilable strategy and case management differences present here constitute an appropriate reason for withdrawal. Accordingly, attorneys Raphael, Frisch, Kruger and Gruber jointly move the Court for leave to withdraw as attorneys of record for Plaintiff.

4.	Should this Court grant the above-named attorneys' joint motion for leave to withdraw, no other attorney will have an active appearance on the docket for Plaintiff. Accordingly, attorneys Raphael, Frisch, Kruger and Gruber attach and electronically file the form <u>Notification of Party Contact Information</u> as an attachment to their motion to withdraw, as required by Local Rule 83.17.

5.	Additionally, the above-named attorneys will send Plaintiff notice of their joint motion for leave to withdraw by regular and certified U.S. mail, return receipt requested.

WHEREFORE, for the reasons stated above, attorneys Lance A. Raphael, Craig R. Frisch, Christopher D. Kruger and Werner G. Gruber respectfully move this Honorable Court for leave to withdraw their appearances as counsel of record for Plaintiff J.G. Wahlert, pursuant to Local Rule 83.17.

Respectfully submitted,

/s/Craig R. Frisch

Lance A. Raphael
Craig R. Frisch
Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, IL  60602
(312) 782-5808

Christopher D. Kruger
Werner G. Gruber
KRUGER & GRUBER, LLP
500 N. Michigan Ave. Suite 600
Chicago, IL 60611
 (773) 663-4949