# EXHIBIT B

# Jeffrey S. Rothbart

(312) 307-1429 • jr@realestateexpertwitnesses.com

---

An experienced real estate executive with a proven track record of success in institutional real estate acquisitions, development, finance, capital markets, investor relations & reporting and asset management. Experienced across all major property types in over 50 U.S. cities. Licensed attorney with expertise in real estate, taxation and securities law.

## PROFESSIONAL EXPERIENCE

**STACK REAL ESTATE, LLC**      2013 to Present
*A full service real estate firm focused on acquisitions, development, capital markets procurement and consulting.*
- Acquisitions – Acquired over 500 senior living beds, throughout the acuity spectrum.
- Development – Actively developing residential, retail, hotel and industrial sites.
- Procured equity and debt capital for institutional quality acquisition and development projects on a nationwide basis.
- Provided consulting and expert testimony services.
- Affiliated entities include, but are not limited to, Insignia Homes, LLC, Real Estate Expert Witnesses, LLC, Berkshire Hathaway Home Services Koening Rubloff, Birchwood Health Care Partners, LLC, Peer Realty, LLC and Ernst & Young.

**EPN INVESTMENT MANAGEMENT, LLC | EDT RETAIL TRUST, Skokie, IL**      2011 to 2013
*A private investment group focused on retail real estate investments throughout the United States, Europe and Latin America.*
**Vice President, Capital Markets** (8/2011 – 8/2013) | EPN INVESTMENT MANAGEMENT, LLC
Recruited by EPN after its privatization of EDT Retail Trust (see below) to lead the capital markets department which was responsible for equity and debt capital procurement throughout the global platform.
- Spearheaded business development efforts to develop new and further existing equity capital relationships.
- Originated complex capital markets products such as subordinated and mezzanine debt and preferred equity.
- Maintained all of the firm's global relationships with lending institutions (insurance companies, commercial banks and CMBS conduits) and equity investors (pensions, endowments, foundations, sovereign wealth funds, hedge funds and family offices).
- Sourced, negotiated or closed over $500M in crossed collateralized financing for both fixed and floating rate debt.
- Launched EPN's Latin American development and acquisitions platform and evaluated M&A opportunities.
- Advised acquisition team on forecasting and budgeting for prospective investments.
- Served as de-facto general counsel by drafting or negotiating substantially all legal agreements and managing all litigation.

**Vice President, Finance and Asset Management** (1/2011 – 8/2011) | EDT RETAIL TRUST
Oversaw operations of a publicly traded REIT (ASX: EDT) working directly under the CEO. EDT owned 12M square feet of institutional grade real estate located across 20 states with an approximate valuation of $1.43B.
- Spearheaded portfolio and financial management including financial forecasting and budgeting, strategic repositioning, redevelopment, leasing, debt financing and asset-level marketing.
- Managed condemnation process due to road expansion where potential damages exceeded $40 million.
- Prepared financial and investor reporting, including annual reports, quarterly supplemental and Board of Director materials.
- Served as a liaison between the Board Finance, Audit and Investment Committees and applicable third-parties.
- Forecasted REIT and asset level net operating income, expenses and cash flow.
- Worked with DDR Corp. (NYSE: DDR) to streamline reporting to ensure accuracy of property level forecasting and budgeting.
- Reviewed and approved operating and capital expenditure budgets and corporate income statements and balance sheets.
- Performed quarterly, asset valuations across the entire portfolio on an individual asset basis.
- Generated 6.0% annual revenue growth from owned real estate by approving 200 new and renewal retail leases totaling 2M SF with a cumulative first year NOI in excess of $25M.
- Assisted investment banks and advisory consultants in relation to EPN's tender offer and the ultimate disposition of EDT.

**SUPERIOR STREET CAPITAL LLC, Chicago, IL**      2009 to 2011
*A privately-held real estate firm focused on recapitalization and monetization of distressed situations.*
**Managing Director**
Founded a real estate investment firm focused on the acquisition of U.S. commercial real estate through the recapitalization of distressed assets and the monetization of real estate related derivative instruments.
- Implemented tax structuring to mitigate tax consequences to owners of distressed Tenant-in Common syndications through debt restructuring of debt, subordinating investor interest and consolidating management operations.

**BOULDER NET LEASE FUNDS, LLC | THE BOULDER GROUP, Northbrook, IL**     2003 to 2009

*A private commercial real estate group focused on office and industrial investments throughout the United States.*

**Principal** (2004 - 2009) | BOULDER NET LEASE FUNDS, LLC

Co-founded a real estate private equity company specializing in the acquisition of net leased properties.

- Originated $175 million for two real estate private equity vehicles through discretionary and joint-venture investors.
- Managed all aspects of operations including acquisitions, capital markets, finance, asset management and dispositions.
- Acquired and managed over 1.7M SF of net leased properties nationwide.
- Realized a leveraged, net IRR of 25.5% with an equity multiple of 1.8x.
- Sourced on-balance sheet LIBOR based line of credit with Merrill Lynch Capital.
- Structured sale-leaseback transactions in conformance with FASB and GAAP.
- Served as the primary liaison to legal, accounting, securities, insurance and financial advisors.
- Conducted all due diligence review of property, financial, legal, debt, market and tenant related documentation.
- Underwrote transactions and evaluated IRR, equity multiple and cash-on-cash returns using both ARGUS and Excel.
- Managed condemnation process for expansion of a state highway where potential damages exceeded $15 million.
- Drafted all investment committee memoranda and implemented all post-Closing, asset level business plans.
- Managed all investor relations related functions including investor presentations, financial reporting and cash flow forecasting.
- Negotiated all Private Placement Memorandums and Joint Venture Agreements, Letters of Intent, Purchase and Sale Agreements and Loan Documentation.

**Research Director** (2003 - 2009) | THE BOULDER GROUP

Served as the Research Director for a commercial real estate brokerage firm focused on the net lease sector. All published research was used to generate and affirm the investment strategies implemented by Boulder Net Lease Funds.

- Published over 40 articles on the net lease real estate market which have been cited in over 95 real estate publications including Forbes Magazine, The Korpacz Real Estate Investor Survey published by PriceWaterhouseCoopers, Retail Traffic, Net Lease Forum, Globe Street, Commercial Property News, as well as other national and local real estate publications.
- Prepared and reviewed legal documents including, such as limited liability company operating agreements, assignment agreements, triple net leases, real estate purchase contracts and securitized loan documents.
- Consulted, either as an expert witness or on a third-party basis, for institutional investors, municipalities, corporation and secured and unsecured creditors to a bankruptcy as to the valuation of net leased assets on a nationwide basis.

**Associate Real Estate and Tax Attorney,** Field and Goldberg, LLC, Chicago, IL     2003

**Legal Department Associate**, LR Development Company, LLC, Chicago, IL     2000 to 2002

## *EDUCATION*

| | |
|---|---|
| **Hotel Real Estate Investments and Asset Management Certificate,** eCornell, Ithaca, NY | Expected 2020 |
| **Masters of Law in Taxation,** NORTHWESTERN UNIVERSITY, Chicago, IL | 2003 |
| **Juris Doctor**, CHICAGO-KENT COLLEGE OF LAW – ILLINOIS INSTITUTE OF TECHNOLOGY, Chicago, IL | 2002 |
| **Bachelor of Arts in Political Science**, EMORY UNIVERSITY, Atlanta, GA | 1999 |

## *INDUSTRY LEADERSHIP*

| | |
|---|---|
| **Adjunct Professor of Law,** CHICAGO-KENT COLLEGE OF LAW – ILLINOIS INSTITUTE OF TECHNOLOGY, Chicago, IL | 2007 to Present |
| **Survey Participant, PWC Korpacz Real Estate Survey** | 2006 to Present |
| **Moderator**, Green Pearl Events Distressed Real Estate Summit | 2010 |
| **Moderator & Panelist,** Real Share Net Lease Conference | 2007 to 2008 |
| **Member**, Association of Corporate Growth & Turnaround Management Association | |
| **Next Generation Newsmakers 35 and Under**, Real Estate Forum | 2007 to 2009 |
| **Top Ten "Net Lease Players,"** Commercial Property News: Best of the Best of 2008 | 2008 |

## *LICENSES & CERTIFICATIONS*

| | |
|---|---|
| Illinois Managing Real Estate Broker | Expected 2020 |
| Wisconsin Real Estate Broker | Expected 2020 |
| Illinois Real Estate Broker | 2015 |
| LEED-AP for New Construction v2.2 | 2009 |
| NASD Series 22 and 63 License | 2004 |
| American Bar Association (State of IL Attorney Registration & Disciplinary Commission) | 2002 to Present |

## *COMPUTER LITERACY*

Highly proficient in Microsoft Office, ARGUS and YARDI

# JEFFREY S. ROTHBART

**EXPERT TESTIMONY**

| | |
|---|---:|
| **J.G. Wahlert v. Kovitz Shifrin Nesbit, a Professional Corporation, et. al.** | Mundelein, IL |

- Served as an expert witness relating to title and survey and rights of a Property Owners Association

**Centerpointe TIC et. Al v, VEREIT, Inc., EFA Asset Management, LLC, et. al.** — Los Angeles, CA

- Served as an expert witness relating to standard of care for a retail asset manager in a Tenant In Common program.

**Hunter's Ridge Loan Group, LLC v. US Capital Alliance, LLC, Allan Feker, et. Al.** — Volusia County, FL

- Served as an expert witness relating to foreclosure of land by private lender.

**Hickory Ridge Holdings, LLC v. Grady Williams, Derek Busby and Steelheart Investments, LLC** — Ouachita Parish, LA

- Served as an expert witness relating to breach of agency duties and misrepresentations of fact in the acquisition of a shopping center.

**George Street Acquisitions, LLC; 5M Real Estate, LLC v. Parikah, et. al** — Lake County, IL

- Served as a litigation consultant relating to the distinction between a development agreement and a purchase and sale agreement.

**Munster Steel Co., Inc., v. CPV Partners and Centennial Village, LLC** — Munster, IN

- Served as a litigation consultant relating to breach of contract for a purchase and sale agreement.

**Marriage of Bailey** — El Cajon, CA

- Served as a litigation consultant relating to the various fees earned by real estate developers.

**Smallwood v. Parkview Healthcare, LLC, Formation Capital, et. al.** — Pike County, KY

- Served as a litigation consultant relating to the ownership, operational and financial structure of skilled nursing facilities.

**Rogan v. Lundergan** — Fontana, WI

- Served as an expert witness relating to diminution in value from loss of riparian rights.

**Bumstead v. Landmark of Louisville Rehabilitation Nursing Center, LLC and Strawberry Fields REIT, Ltd.** — Louisville, KY

- Served as a litigation consultant relating to the ownership, operational and financial structure of skilled nursing facilities.

**In re Morrow Park** — Dover, DE

- Served as an expert witness relating to market standards for the three-appraiser rule and corresponding business interference from failure to refinance.

**Cable v. Parkview Healthcare, LLC, Formation Capital, et. al.** — Pike County, KY

- Served as a litigation consultant relating to the ownership, operational and financial structure of skilled nursing facilities.

**Leon Bradshaw v. The County Place, Inc.** — Dallas, TX

- Served as an expert witness relating to breach of contract by a Homeowners Association.

**Tiffany Fahra v. Brock Oaks** — Wichita, KS

- Served as an expert witness relating to the valuation and proper mechanisms for transfer of real estate pursuant to a divorce decree.

**Mandile et al v. Basta et al** — Algonquin, IL

- Served as an expert witness relating to breach of representation and warranty as well as disclosure of information.

# JEFFREY S. ROTHBART

**Peck v. Lake Geneva Pier 101, LLC** — Lake Geneva, WI
- Served as an expert witness relating to disputes over ingress and egress rights granted and modified by easement.

**NNN 400 v. Wells Fargo** — Little Rock, AR
- Served as an expert witness relating to confidentiality and disclosure of information.

**Jun Li et al v. Colorado Regional Center Solaris LLP et all** — Vail, CO
- Served as a litigation consultant for a dispute relating to breach of fiduciary duties and collateral sufficiency in the management of EB-5 capital.

**Fendt et al v. Pulte Homes of NJ, LP** — Monroe Township, NJ
- Served as an expert witness the allocation of pre-development costs as well as zoning and entitlement risk allocation.

**JC Penny v. MAA** — Pensacola, FL
- Served as an expert witness on construction and engineering defects in commercial real estate development and the applicable standard of care.

**901 Hawthorne/250 Springlake LLC v. Midwest Insurance Agency** — Itasca, IL
- Served as an expert witness on the valuation of lost rental income.

**Robert Bosco v. Joseph Bosco and Lombard Auto Exchange, Inc.** — Addison, IL
- Served as an expert witness on the valuation of lost rental income.

**Meribeth Nelson v. City of Kankakee** — Kankakee, IL
- Served as an expert witness on the diminution in value due to premature demolition.

**Gao et al v. CMB Export Infrastructure Investment Group VII, LP, CM Export LLC** — Los Angeles, CA
- Served as a litigation consultant in anticipation of arbitration relating to a dispute relating to breach of fiduciary duties in the management of EB-5 capital.

**Meltzer et al v. Rixey, LLC and Hillhouse Group, LLC** — Baltimore, MD
- Served as an expert witness on partnership dispute and market standards for exempt private LLC offerings

**Oak Creek Investment Properties, Inc. v. American Electric Power Services Corporation, KMT Group, Inc., and Clearresult Consulting, Inc.** — Texarkana, AR
- Served as an expert witness on breach of contract, negligence and damages to a manufactured housing community.

**Stephen Miller and Kyle Miller v. Afton Oaks Civic Club, Inc.** — Houston, TX
- Served as an expert witness on breach of fiduciary duties and negligence.

**Federal National Mortgage Association v. Brookville Schoolhouse Road Estates, LLC** — Starkville, MS
- Served as an expert witness on an alleged default pursuant to loan documentation.

**Federal National Mortgage Association v. Eastgate Schoolhouse Road Estates, LLC** — Clarksville, MS
- Served as an expert witness on an alleged default pursuant to loan documentation.

**Federal National Mortgage Association v. PF Northland Village, LLC** — Greenville, MS
- Served as an expert witness on an alleged default pursuant to loan documentation.

**White v. Hewitt** — Nashville, TN
- Served as an expert witness on breach of representation and warranty in a Purchase Agreement

# JEFFREY S. ROTHBART

| | |
|---|---:|
| **Shiner Management Group, Inc. v. Pie Five Restaurants, Inc.** | Chicago, IL |
| • Served as an expert witness on landlord failure to adequately mitigate damages from early lease termination. | |
| **Tuan Mahn Dang v. Tiffany Nguyen** | Chicago, IL |
| • Served as an expert witness on deceptive leasing practices | |
| **Jack Riser, et al v. City of Chicago** | Chicago, IL |
| • Served as an expert witness to opine on the diminution of value of residential homes from the opening of a new runaway at O'Hare International Airport | |
| **Jackiewicz v. Village of Bolingbrook** | Chicago, IL |
| • Served as an expert witness to opine on the diminution of value of residential homes from the opening of a new runaway at a regional airport. | |
| **OM Capital FM, LLC v. Hotel Capital, LLC** | Fort Myers, FL |
| • Served as an expert witness on a dispute concerning brokerage fees | |
| **The Groves of Palatine Condominium Association v. Groves of Palatine, LLC** | Chicago, IL |
| • Served as an expert witness on the standard of care for real estate developers as it relates to construction defects. | |
| **Donna Y. T. Ching v VRE Chicago Eleven, LLC, Verdad Real Estate, LLC, EXP Realty Advisors, Inc. and Tartan Realty Group, Inc.** | Chicago, IL |
| • Served as an expert witness on the net lease sale leaseback industry and the applicable standard of care for brokerage activities. | |
| **Dale Matson v Siemens Energy & Automation, Inc. n/k/a Siemens Industry., et al.** | Chicago, IL |
| • Served as an expert witness on the industry standard of care for a landlord under a triple net lease | |
| **Crystal Lake Limited Partnership v. Baird & Warner Residential Sales, Inc.** | Chicago, IL |
| • Served as an expert witness in a landlord tenant dispute. | |
| **Mark Carlson, Robb Carlson and Thomas Vana v. Letke & Associates, et al** | Chicago, IL |
| • Served as an expert witness for the Defendant in litigation discussing the standard of care for commercial real estate investment. | |
| **City of North Las Vegas v. 5th & Brooks, LLC** | Las Vegas, NV |
| • Served as an expert witness for the Defendant in eminent domain proceedings. | |
| **Pacific Indemnity Insurance Company v. Loyola University** | Chicago, IL |
| • Served as an expert witness for the Defendant in litigation relating to potential damaging resulting from adjacent construction. | |
| **Brian Germain and Rita Germain v. Steven Link and Emily Link** | Winnetka, IL |
| • Served as an expert witness for the Plaintiff in a breach of representation and warranties in a residential Purchase and Sale Agreement. | |
| **Blackrock Burr Ridge, Inc. v Sterling Bay Companies, LLC et al** | Chicago, IL |
| • Served as an expert witness for the Plaintiff in litigation relating to the interoperation of the LLC operating Agreements and profit sharing. | |
| **Clark County v. HQ Metro, LLC** | Las Vegas, NV |
| • Served as an expert witness for the County in the valuation of the Metro Police Headquarters. | |
| **Eckerd Corp v. Patrick Mastro** | Schenectady, NY |
| • Served as an expert witness for the County in a dark Eckerd property tax appeal. | |

# JEFFREY S. ROTHBART

**CVS Albany LLC v. The Assessor of the Town of Colonie**  Colonie, NY
- Served as an expert witness for the County in a CVS property tax appeal.

**Jurgens and Wittig c/o Walgreens v. Town of Brattleboro**  Brattleboro, VT
- Served as an expert witness for the County in a Rite Aid property tax appeal.

**Rite Aid of New York v. Assessor and The Board of Assessment Review of the Town of Colonie**  Colonie, NY
- Served as an expert witness for the County in a Rite Aid property tax appeal.

**In re TEC Foods, Inc.**  Detroit, MI
- Served as an expert witness for the largest unsecured creditor in the Chapter 11 proceedings.
- Testimony related to valuation of net leased restaurant locations via a sale leaseback transaction.

**Brooks Drugs, Inc. v Board of Assessors and Board of Assessment Review of Schenectady**  Schenectady, NY
- Served as an expert witness for the County in a CVS property tax appeal.

# JEFFREY S. ROTHBART

---

**PUBLISHED AND CITED ARTICLES**
- Net Lease Transaction Volume down 63% in Q4, Globest.com, January 22, 2009
- Net Lease Market Report Q4 2008, Boulder Net Lease Funds, December 2008
- Korpacz Real Estate Investor Survey, PriceWaterhouseCoopers, Fourth Quarter 2008
- Net Lease Market Report Q3 2008, Boulder Net Lease Funds, October 2008
- Korpacz Real Estate Investor Survey, PriceWaterhouseCoopers, Third Quarter 2008
- National Real Estate Investor, Sale Leaseback Quandary, September 1, 2008
- Net Lease Market Report Q2 2008, Boulder Net Lease Funds, June 2008
- Korpacz Real Estate Investor Survey, PriceWaterhouseCoopers, Second Quarter 2008
- Forbes Magazine, Building Boom, Matthew Swibel, June 2, 2008
- Net Lease Insiders: Take What the Market Gives, Globest.com, April 28, 2008
- Korpacz Real Estate Investor Survey, PriceWaterhouseCoopers, First Quarter 2008
- Net Lease Market Report Q1 2008, Boulder Net Lease Funds, March 2008
- Korpacz Real Estate Investor Survey, PriceWaterhouseCoopers, Fourth Quarter 2007
- Net Lease Market Report Q4 2007, Boulder Net Lease Funds, December 2007
- Real Estate Forum, Tomorrows Newsmakers, Top 250 Real Estate Executives under 35, August 2007
- Real Estate Forum, New Tools of the Trade, July 2007
- Korpacz Real Estate Investor Survey, PriceWaterhouseCoopers, Third Quarter 2007
- Net Lease Market Report Q3 2007, Boulder Net Lease Funds, September 2007
- Commercial Property News Website, Net Lease Market Growth Slows, July 10 2007
- Retail Traffic, Traffic Patters May 2007
- Real Estate Forum, Today's Sale Leaseback Transactions Give Sellers More Than Just Cash Back, April 2007
- Korpacz Real Estate Investor Survey, PriceWaterhouseCoopers, Second Quarter 2007
- Net Lease Market Report Q2 2007, Boulder Net Lease Funds, June 2007
- Real Estate Forum, Net Lease Review: Retail Still Riding High, April 2007
- Commercial Property News , Online Edition, March 3, 2007
- Korpacz Real Estate Investor Survey, PriceWaterhouseCoopers, First Quarter 2007
- Net Lease Market Report Q1 2007, Boulder Net Lease Funds, March 2007
- Commercial Property News, February 1, 2007
- Real Estate Forum, Another Wild Ride? January 2007
- Korpacz Real Estate Investor Survey, PriceWaterhouseCoopers, Fourth Quarter 2006
- Net Lease Market Report Q4 2006, Boulder Net Lease Funds, December 2006
- Korpacz Real Estate Investor Survey, PriceWaterhouseCoopers, Third Quarter 2006
- Net Lease Market Report Q3 2006, Boulder Net Lease Funds, September 2006
- Korpacz Real Estate Investor Survey, PriceWaterhouseCoopers, Second Quarter 2006
- The Net Lease Restaurant Report, Boulder Net Lease Funds, June 2006
- Net Lease Market Report Q2 2006, Boulder Net Lease Funds, June 2006
- The Net Lease Bank Branch Report, Boulder Net Lease Funds, July 2006
- The Net Lease Drug Store Report, Boulder Net Lease Funds, July 2006
- Retail Traffic, April 2006
- Korpacz Real Estate Investor Survey, PriceWaterhouseCoopers, First Quarter 2006
- Net Lease Market Report Q1 2006, Boulder Net Lease Funds, March 2006
- Korpacz Real Estate Investor Survey, PriceWaterhouseCoopers, Fourth Quarter 2005
- Net Lease Market Report Q4 2005, Boulder Net Lease Funds, December 2005
- Korpacz Real Estate Investor Survey, PriceWaterhouseCoopers, Third Quarter 2005
- Net Lease Market Report Q3 2005, The Boulder Group, September 2005
- The Sale Leaseback Report, The Boulder Group, August 2005
- Net Lease Forum, July 19, 2005, Vol. 03 No. 10
- The Credit Ratings Report, The Boulder Group, July 2005
- Net Lease Market Report Q2 2005, The Boulder Group, June 2005
- Mortgage and Real Estate Executives Report, May 15, 2005, Volume 38 Number 6
- The Net Lease Restaurant Market Report, The Boulder Group, May 2005
- Drugstores Command Higher Prices, Globest.com, April 20, 2005
- Mortgage and Real Estate Executives Report, April 1, 2005, Volume 38 Number 3
- The Net Lease Drug Store Report, The Boulder Group, April 2005
- Net Lease Market Report Q1 2005, The Boulder Group, March 2005
- The Big Box Net Lease Market Report, The Boulder Group, February 2005
- High Cap Rate Properties Report, The Boulder Group, January 2005

# JEFFREY S. ROTHBART

- Net Lease Market Report Q4 2004, The Boulder Group, December 2004
- The Chicago Net Lease Market Report, The Boulder Group, November 2004
- Net Lease Forum, October 19, 2004, Vol. 2 No. 16
- Net Lease Fund Returns Outperform Competitors, The Boulder Group, October 2004.
- Mortgage and Real Estate Executives Report, September 15, 2004, Volume 37 Number 14
- Mortgage and Real Estate Executives Report, September 1, 2004, Volume 37 Number 13
- Korpacz Real Estate Investor Survey, PriceWaterhouseCoopers, Third Quarter 2004
- Shopping Center Business, September 2004
- Mortgage and Real Estate Executives Report, September 15, 2004, Volume 38 Number 14
- Net Lease Forum, September 7, 2004, Vol. 2 No. 13
- Net Lease Market Report Q3 2004, The Boulder Group, September 2004
- Net Lease Forum, August 3, 2004, Vol. 2; Quarter Sees Jump in Net Lease Asset Market, Globest.com, August 25, 2004
- Mortgage and Real Estate Executives Report, August 1, 2004, Volume 37 Number 11
- The Estate Planning Net Lease Report, The Boulder Group, August 2004
- Mortgage and Real Estate Executives Report, July 15, 2004, Volume 37 Number 10
- Institutional Real Estate Investor, July 2004
- The Big Box Net Lease Market Report, The Boulder Group, July 2004
- Big-Box Net-Lease Properties Harder to Find, Globest.com, June 29, 2004
- More Retail Users Buying Big Boxes, Commercial Property News Website, June 29, 2004
- Net Lease Forum, June 15, 2004
- Net Lease Market Report Q2 2004, The Boulder Group, June 2004
- Mortgage and Real Estate Executives Report, June 1, 2004, Volume 37 Number 7
- Mortgage and Real Estate Executives Report, May 1, 2004, Volume 37 Number 5
- The Net Lease Drug Store Report, The Boulder Group, May 2004
- Mortgage and Real Estate Executives Report, April 1, 2004, Volume 37 Number 3
- The Net Lease Restaurant Report, The Boulder Group, April 2004
- The Chicago Net Lease Market Report, The Boulder Group, March 2004
- Net Lease Market Report Q1 2004, The Boulder Group, March 2004
- Chicago Area Real Estate Investors Association – Gave Presentation on I.R.C. §1031 exchanges, January 2004. I.R.C. §1033 Exchanges, The Boulder Group, February 2004
- Commercial Property News, January 1, 2004
- Retail Traffic, January 2004
- Ground Leases, The Boulder Group, January 2004
- Net Lease Forum, December 18, 2003, Vol. 1 No. 18
- Mortgage and Real Estate Executives Report, December 15, 2003, Volume 36 Number 20
- Net Lease Market Report Q4 2003, The Boulder Group, December 2003
- Retail Traffic, December 2003
- Mortgage and Real Estate Executives Report, December 15, 2003, Volume 36 Number 20
- Triple Net v. Tax?, The Boulder Group, November 2003