### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| J.G. WAHLERT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:17-cv-08055 |
| | ) | |
| KOVITZ SHIFRIN NESBIT, A PROFESSIONAL | ) | Judge: Robert W. Gettleman |
| CORPORATION, KALMAN MANAGEMENT | ) | |
| INC., and LOCH LOMOND PROPERTY | ) | Magistrate: Gabriel A. Fuentes |
| OWNERS ASSOCIATION, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

NOW COME, Plaintiff, J.G. Wahlert, and Defendants, Loch Lomond Property Owners Association and Kalman Management, Inc. (collectively, "Defendants"), through their counsel, respectfully re-submit the following settlement documents in accordance with the Court's Order on December 14, 2023 (dkt. no. 293):

  A.  Settlement agreement with signatures of all parties[1];

  B.  Revised Class Notice; and

  C.  Revised Class Notice (redlined version).

---

[1] The parties provide the Court with a copy of the settlement agreement with signatures of all parties which was not previously filed. (*See* Dkt. No. 292-1 at 24.)

Dated: December 19, 2023

/s/ Christopher V. Langone

Christopher V. Langone
205 N. Michigan Ave., Suite 810
Chicago, IL 60601
312-720-9191
chris@langonelaw.com

***Attorney for Plaintiff and the Settlement Class***

Respectfully submitted,

/s/ John C. Ochoa

Molly A. Arranz, ARDC # 6281122
John C. Ochoa, ARDC # 6302680
Michael M. Chang ARDC #6323721
Amundsen Davis LLC
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200

***Attorneys for Defendants Loch Lomond Property Owners Association and Kalman Management, Inc.***

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 19, 2023, he served the foregoing **Notice of Filing** on All Attorneys of Record. This pleading was served upon the attorneys as listed above, pursuant to the Northern District of Illinois General Order on Electronic Case Filing.

[x] Pursuant to 28 USC Section 1746(2), I certify under penalty of perjury that the foregoing is true and correct. Executed on: December 19, 2023.

/s/ John C. Ochoa