**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| J.G. WAHLERT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:17-cv-08055 |
| | ) | |
| KOVITZ SHIFRIN NESBIT, A PROFESSIONAL | ) | Judge: Robert W. Gettleman |
| CORPORATION, KALMAN MANAGEMENT | ) | |
| INC., and LOCH LOMOND PROPERTY | ) | Magistrate: Gabriel A. Fuentes |
| OWNERS ASSOCIATION, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO DECERTIFY

NOW COME, Defendants, Loch Lomond Property Owners Association ("LLPOA") and Kalman Management, Inc. ("Kalman") (collectively, "Defendants"), by and through their counsel, and respectfully move this Court to decertify the Perpetual Easement Owner Class pursuant to Federal Rule of Civil Procedure 23. (Dkt. No. 285.) In support of this motion, Defendants submit their Memorandum in support thereof.

WHEREFORE, Defendants, Loch Lomond Property Owners Association and Kalman Management, Inc., pray that this Honorable Court enter an order (1) decertifying the Perpetual Easement Owner Class; and (2) awarding such other relief as the Court deems just and proper.

Dated: November 22, 2024                    Respectfully submitted,


                                            /s/ Michael M. Chang
                                            One of Defendants' Attorneys


Molly A. Arranz, ARDC # 6281122
John C. Ochoa, ARDC # 6302680
Michael M. Chang ARDC #6323721
AMUNDSEN DAVIS, LLC
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on November 22, 2024, he served the **DEFENDANTS'**

**MOTION TO DECERTIFY** on All Attorneys of Record. This pleading was served upon the

attorneys as listed above, pursuant to the Northern District of Illinois General Order on

Electronic Case Filing.

[x]     Pursuant to 28 USC Section 1746(2), I certify under penalty of perjury that the foregoing is true and correct. Executed on: November 22, 2024.

<u>/s/ Michael M. Chang</u>