UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

J.G. Wahlert
                        Plaintiff,

v.                                                   Case No.: 1:17−cv−08055
                                                      Honorable Robert W. Gettleman

Kovitz Shifrin Nesbit, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 16, 2025:

      MINUTE entry before the Honorable Robert W. Gettleman: In court hearing held on 9/16/2025. For the reasons stated on the record, the Defendants' Motion to de−certify the perpetual easement owner class [327] and Request to grant the defendants' motion to decertify [332] are denied as moot. Preliminary settlement discussions held off the record. Telephonic hearing to address settlement set for 10/1/2025 at 10:00 a.m. To join the telephone conference, dial (650) 479−3207, Access Code 1809 88 3385. Throughout the hearing, each speaker will be expected to identify themselves for the record before speaking. Counsel must be in a quiet area while on the line. Please be sure to keep your phone on mute when you are not speaking. Counsel of record and other essential case participants will receive an email prior to the start of the hearing with instructions to join the hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.